```
                                              FILED
                                        2025 OCT -1  AM 12: 05
                                        CLERK US DISTRICT COURT
                                          DISTRICT OF ARIZONA
```

1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   JEFF AMLEE
3  Assistant United States Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520.620.7300           CR25-04161 TUC-AMM(LCK)
   Email: jeff.amlee@usdoj.gov
6  Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF ARIZONA

9
   United States of America,
10
                  Plaintiff,                  **I N D I C T M E N T**
11
         vs.                           Violation:
12                                     8 U.S.C. § 1326(a)
   Alex Lopez-Rodriguez,
13                                     (Reentry of Removed Alien)
                  Defendant.
14

15 **THE GRAND JURY CHARGES:**

16       On or about September 1, 2025, in the District of Arizona, to wit: at or near Sasabe,

17 Alex Lopez-Rodriguez, an alien, entered and was found in the United States of America

18 after having been denied admission, excluded, deported, and removed therefrom at or near

28 ///

1  Del Rio, Texas, on or about April 8, 2017, and not having obtained the express consent of
2  the Attorney General or the Secretary of the Department of Homeland Security to reapply
3  for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

4  A TRUE BILL

5  / S /

6  FOREPERSON OF THE GRAND JURY
   Dated: October 1, 2025

8  TIMOTHY COURCHAINE
   United States Attorney
9  District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

10  / S /

11  JEFF AMLEE
    Assistant United States Attorney